# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: CLIFFORD WILLIAM KUHN )
)           BK-11-11347-mkn
)           Chapter 13
)
)           Hearing Date:  N/A
_____Debtor_____ )           Hearing Time: N/A

### DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by Aargon Agency  c/o Dilks & Knopik

has been found deficient.   The documents were received and filed with the U.S. Bankruptcy Court

Clerk's Office.  If the following deficiencies are remedied, an order will be forwarded to the judge.

_____    Motion to Payment of Unclaimed Funds.
_____    Affidavit for reimbursement.
_____    Affidavit of service to the U.S. Attorney.
_____    Limited power of attorney or assignment.
_____    Fee agreement required by local rule 3011(a)(1)(B)
_____    Supporting documentation required (see comments)
__X__    Photocopy of current identification
_____    Address does not match on notice of unclaimed funds.
_____    Fees have been paid out previously on schedule #_____
_____    Other:_____
         _____

Comments: Please provide a current photo id for Brian Dilks.
_____
_____

Unless otherwise  noted, the original documentation has been filed and docketed.  **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or Financial@nvb.uscourts.gov

Date: 9/1 /2016

                                    Karina Magallanes
                                    Deputy Clerk

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above on 9/2 /2016 by K.Magallanes.

Updated 11/09