

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 20, 2016

_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:　　　　　　　　　　　　　　　　　BK−11−11347−mkn
　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
CLIFFORD WILLIAM KUHN

　　　　　　　　　　　　　　　　　　　　　ORDER FOR
　　　　　　　　Debtor(s)　　　　　　　　PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 413.54 constituting an unclaimed dividend is declared due to Aargon Collection Agency.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Aargon Collection Agency
c/o Dilks and Knopik
35308 SE Center St
Snoqualmie WA 98065

　　　　　　　　　　　　　　###